NUMBER 13-01-459-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

 

DENNIS J. CAKA,                                                                 Appellant,

 

                                                   v.

 

RUBY M.  CAKA,                                                                   Appellee.

 

                        On appeal from the 135th  District Court

                                  of Victoria County, Texas.

 

 

 

                                   O P I N I O N

 

            Before Chief Justice
Valdez and Justices Hinojosa and Yanez

Opinion
Per Curiam

 








Appellant, DENNIS
J. CAKA, attempted to perfect an appeal from a judgment entered by the 135th District Court of Victoria County, Texas, in
cause number 99-5-53,380-B. 
After the record was received, appellant filed a motion to dismiss the
appeal.  In the motion, appellant states
that this case has been resolved and appellant no longer wishes to prosecute
this appeal.  Appellant requests that
this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of
September, 2002.